**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JAMES K. BISHOP,**

**Plaintiff,**

**v.**

**OHIO DEPARTMENT OF CORRECTIONS, *et al.*,**

**Defendants.**

**Case Number 2:26-cv-25**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Caroline H. Gentry**

# ORDER

This matter is before the Court on an Order and Report and Recommendation issued by the Magistrate Judge recommending that all but one of Plaintiff James K. Bishop's claims be dismissed. (ECF No. 6.)

Plaintiff is an inmate at the Noble Correctional Institution ("NCI"). (ECF No. 4, PageID 49.) Proceeding *pro se* and *in forma pauperis*, he brings this action against the following Defendants in their individual and official capacities: Ohio Department of Rehabilitation and Correction Director Annette Smith-Chambers; NCI Warden Forshey; NCI Sergeant T. Love; NCI Inspector Cobb; NCI C/O Snyder; and NCI C/O Triplett. (ECF No. 3; ECF No. 4, PageID 48–49.) Plaintiff brings seven claims under 42 U.S.C. § 1983 arising out of circumstances surrounding the temporary seizure of his television: (Count One) unnecessary/unreasonable seizure in violation of the Fourth, Eighth, and Fourteenth Amendments; (Count Two) malicious prosecution in violation of the Fourth, Eighth, and Fourteenth Amendments; (Count Three) failure to provide notice in violation of the Sixth and Fourteenth Amendments; (Count Four) failure to record disciplinary proceeding in violation of the Fourteenth Amendment; (Count Five) failure to train or hire competent employees in violation of the Fourteenth Amendment; (Count

Six) failure to train or hire competent employees in violation of the Fourteenth Amendment; and (Count Seven) retaliation in violation of the First Amendment. (ECF No. 4, PageID 49–58.)

The Magistrate Judge conducted an initial screen of Plaintiff's Complaint under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. (ECF No. 6, PageID 78.) The Magistrate Judge determined that Plaintiff may proceed with Count Seven, the First Amendment retaliation claim against Defendants Love and Cobb in their individual capacities, but recommends dismissing all other claims in Plaintiff's Complaint. (*Id.* PageID 86, 98–99.)

After a magistrate judge issues a report and recommendation, any party may object within 14 days of service by serving and filing written objections to the magistrate judge's proposed findings and recommendations. 28 U.S.C. § 636(b)(1). Failure to object results in waiver of the right to a *de novo* review of the report and recommendation by the district court. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985). Plaintiff was advised of his right to object to the Order and Report and Recommendation and the consequences of failing to do so. (ECF No. 6, PageID 99.)

Plaintiff did not object to the Order and Report and Recommendation. Accordingly, the Court **ADOPTS** and **AFFIRMS** (ECF No. 6) the Magistrate Judge's Order and Report and Recommendation. Plaintiff's claims in Counts One, Two, Three, and Four are **DISMISSED with prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. Plaintiff's claims in Counts Five and Six are **DISMISSED without prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. Plaintiff's claims in Count Seven against Defendants Love and Cobb in their official capacities are **DISMISSED with prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Additionally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order adopting the Magistrate Judge's Order and Report and Recommendation would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

The Clerk is **DIRECTED** to terminate Defendants Ohio Department of Corrections Director Annette Smith-Chambers; Noble Correctional Institution Warden Forshey; C/O D. Snyder; and C/O Triplett from this case.

The Clerk is further **DIRECTED** to mail a copy of this Order to Plaintiff James K. Bishop at 15708 McConnelsville Road, Caldwell, Ohio, 43724.

This case remains open.

**IT IS SO ORDERED.**

**10/5/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**